# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   ARIELLA M. BONNER                                   Case Number: 05-73246
         238 EVELYN AVENUE, #5
         LOVES PARK, IL  61114          SSN-xxx-xx-3718

|  |  |
|---|---|
| Case filed on: | 6/28/2005 |
| Plan Confirmed on: | 9/2/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,300.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | ARIELLA M. BONNER | 0.00 | 0.00 | 141.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 141.58 | 0.00 |
|  |  |  |  |  |  |
| 001 | EMC MORTGAGE CORPORATION | 85,340.25 | 0.00 | 0.00 | 0.00 |
| 002 | WORLD ACCEPTANCE CORPORATION | 455.00 | 455.00 | 455.00 | 0.00 |
| 003 | SECURITY FINANCE | 340.19 | 340.19 | 340.19 | 0.00 |
| 004 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NICOR GAS | 611.18 | 611.18 | 611.18 | 0.00 |
| 008 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BRYLANE HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WORLDWIDE ASSET PURCHASING LLC | 190.88 | 190.88 | 190.88 | 0.00 |
| 015 | AFNI/VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 86,937.50 | 1,597.25 | 1,597.25 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 88,301.50 | 2,961.25 | 3,102.83 | 0.00 |

Total Paid Claimant:        $3,102.83
Trustee Allowance:          $197.17
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan